# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

### *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | Pheasant Run Apartments, L.P. | | |
| **Case Number:** | 10-03060-AJM-11 | **Chapter:** | 11 |
| **Date / Time / Room:** | THURSDAY, APRIL 08, 2010 09:00 AM   IP 311 | | |
| **Bankruptcy Judge:** | ANTHONY J. METZ | | |
| **Courtroom Clerk:** | ROBIN STANLEY | | |
| **Reporter / ECR:** | MARCELLA LOCKERT | | |

### *Matters:*

1) Continued Hearing: Debtor's First Day Motion for an Order Prohibiting Utilities From Altering, Refusing or Discontinuing Services to, or Discriminating Against, the Debtor on Account of Unpaid Pre-Petition Services and Determining That the Utilities are Adequately Assured of Future Payment [4]
   **R / M #:**   0 / 0

2) Continued Hearing: Debtor's First Day Motion for Authority to Use Cash Collateral [5]; and Objection Thereto Filed by Republic Bank of Chicago [15]
   **R / M #:**   0 / 0

3) Continued Hearing: Debtor's First Day Motion for Authority to Maintain Existing Bank Accounts and Continue Use of Existing Business Forms [6]
   **R / M #:**   0 / 0

### *Appearances:*

Shelly DeRousse, ATTORNEY FOR PHEASANT RUN APARTMENTS, L.P. (telephonic)
JAY P. KENNEDY, ATTORNEY FOR REPUBLIC BANK OF CHICAGO

### *Proceedings:*

DISPOSITION: Hearing held. 1) Motion Granted. 2) Interim Order Granted. Final Hearing scheduled for 5/14/10 at 10:30 a.m. 3) Interim Order Granted. U.S. Trustee still working on getting the bank accepted as a registered banking institution (Orders to be submitted by Shelly DeRousse).

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**